Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**GLENN KUSHNER**

v.

**ROAD RUNNER LOGISTICS, INC;**
**SANTIAGO MENDOZA-SANDINO**

No. 2017-L-010619

Defendant Address:
ROAD RUNNER LOGISTICS, INC
1290 S. HIGHWAY 135
NAYLOR, GA 31641

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801 , Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 57194

Name: BLUMENTHAL LAW GROUP PC

Atty. for: GLENN KUSHNER

Address: 180 N LASALLE #3700

City/State/Zip Code: CHICAGO, IL 60601

Telephone: (312) 981-5055

Primary Email Address: gblumenthal@blumenthal-law.com

Secondary Email Address(es):

dena@blumenthal-law.com

Witness: Thursday, 19 October 2017

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Scanned by CamScanner

## Law DIVISION
### Litigant List

Printed on 10/19/2017

Case Number: 2017-L-010619

Page 1 of 1

### Plaintiffs

| Plaintiffs Name | Plaintiffs Address | State | Zip | Unit # |
|---|---|---|---|---|
| GLENN KUSHNER | | | | |

Total Plaintiffs: 1

### Defendants

| Defendant Name | Defendant Address | State | Unit # | Service By |
|---|---|---|---|---|
| ROAD RUNNER LOGISTICS, INC | 1290 S. HIGHWAY 135 NAYLOR, | GA 31641 | | Sheriff-Filer |
| SANTIAGO MENDOZA-SANDINO | 1290 S. HIGHWAY 135 NAYLOR, | GA 31641 | | Sheriff-Filer |

Total Defendants: 2

Scanned by CamScanner



E-Notice

2017-L-010619
CALENDAR: F

To: Grant Blumenthal
gblumenthal@blumenthal-law.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GLENN KUSHNER vs. ROAD RUNNER LOGISTICS, INC
2017-L-010619

The transmission was received on 10/19/2017 at 1:23 PM and was ACCEPTED with the Clerk of the Circuit Court of Cook County on 10/19/2017 at 2:00 PM.

CIVIL_ACTION_COVER_SHEET (LAW DIVISION)

COMPLAINT

Filer's Email: gblumenthal@blumenthal-law.com
Filer's Fax: (312) 416-7963
Notice Date: 10/19/2017 2:00:24 PM
Total Pages: 6

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
COOK COUNTY
RICHARD J. DALEY CENTER, ROOM 1001
CHICAGO, IL 60602

(312) 603-5031
courtclerk@cookcountycourt.com

Scanned by CamScanner

Civil Action Cover Sheet - Case Initation (05/27/16) CCL 0520

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

GLENN KUSHNER

v.   No. _____

ROAD RUNNER LOGISTICS, INC

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand  ☑ Yes  ☐ No

ELECTRONICALLY FILED
10/19/2017 1:23 PM
2017-L-010619
CALENDAR: F
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH

**CASE TYPES:**

- ☑ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
    (including Structural Work Act, Road Construction Injuries Act and Negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
    (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES

**CASE TYPES:**

- ☐ 007 Confession Of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION

**CASE TYPES:**

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
    (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
    (Please Specify Below**)
- ☐ 075 Other Commercial Litigation
    (Please Specify Below**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS

**CASE TYPES:**

- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

Primary Email: gblumenthal@blumenthal-law.com
Secondary Email: apena@blumenthal-law.com
Tertiary Email: _____

By: ____/s GRANT BLUMENTHAL____  (ProSe)
    (Attorney)

**Pro Se Only:** ☐ I have read and agree to the terms of the *the Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the Clerk's Office for this case at this email address: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

ELECTRONICALLY FILED
10/19/2017 1:23 PM
2017-L-010619
CALENDAR: F
PAGE 1 of 5
CIRCUIT COURT OF
COOK COUNTY, ILLINOIS
LAW DIVISION
CLERK DOROTHY BROWN

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| GLENN KUSHNER, | ) |
| Plaintiff | ) No. _____ |
| vs. | ) Amount claimed: In excess of $50,000.00 plus costs. |
| ROAD RUNNER LOGISTICS, INC, a Georgia Corporation, and SANTIAGO MENDOZA-SANDINO. | ) Plaintiff Demands Trial By Jury |
| Defendants | ) |

## COMPLAINT AT LAW

Plaintiff, GLENN KUSHNER, by his attorneys, BLUMENTHAL LAW GROUP, PC, complaining of Defendants ROAD RUNNER LOGISTICS, INC ("ROAD RUNNER"), and SANTIAGO MENDOZA-SANDINO states as follows:

1. On and prior to November 30, 2015, 15th Avenue was a roadway running north and south, and North Avenue was a roadway running east and west, and said streets intersected in the City of Melrose Park, Cook County, Illinois.

2. At said time and place, defendant, ROAD RUNNER, was a Georgia Corporation, with its principal place of business at 1290 S. Highway 135, Naylor, GA 31641, authorized to do business and doing business as a trucking company which owned, controlled and/or maintained a 2005 Dane TL commercial vehicle bearing Georgia license tag number TR80585 and vehicle identification number 1GRAA06275S701730.

3. At said time and place, defendant, ROAD RUNNER, owned, leased, operated, maintained, managed and/or controlled the foregoing commercial vehicle which was proceeding southbound in the center lane on 15th Avenue and was in the process of making a right turn onto westbound North Avenue.

Scanned by CamScanner

ELECTRONICALLY FILED
10/19/2017 1:23 PM
2017-L-010619
PAGE 2 of 5

4. At said time and place, defendant SANTIAGO MENDOZA-SANDINO was the agent, servant and/or employee of defendant, ROAD RUNNER, and was operating the foregoing commercial vehicle in the course and scope of his duties as agent, servant and/or employee and in furtherance of the interests of defendant ROAD RUNNER.

5. At said time and place, plaintiff, GLENN KUSHNER, was stopped in the far-right southbound lane of 15th Avenue at its intersection with North Avenue.

6. At said time and place, the commercial vehicle driven by SANTIAGO MENDOZA-SANDINO made a right-hand turn from the center southbound lane and struck the vehicle driven by plaintiff, GLENN KUSHNER.

### COUNT I – NEGLIGENCE
### (DEFENDANT SANTIAGO MENDOZA-SANDINO)

7. Plaintiff incorporates paragraphs No. 1 through No. 6 of this Complaint as if the allegations were set forth fully herein.

8. At said time and place, Defendant SANTIAGO MENDOZA-SANDINO had a duty to exercise reasonable care and caution to avoid injury to other drivers on the roadway including plaintiff, GLENN KUSHNER.

9. At said time and place, Defendant SANTIAGO MENDOZA-SANDINO was negligent in one or more of the following ways:

   a. Failed to exercise reasonable care and caution when executing a right turn;
   b. Failed to maintain a proper lookout;
   c. Failed to yield right of way;
   d. Failed to obey traffic control devices;
   e. Failed to properly utilize turn signals;
   f. Failed to maintain a proper speed for conditions;

Scanned by CamScanner

g. Failed to reduce speed to avoid an accident;

h. Failed to maintain a proper distance between vehicles;

i. Failed to maintain his vehicle within his lane;

j. Turned right from the center lane when it was not practical to do so in violation of 625 ILCS 11-801(a)(1);

k. Started and/or moved his vehicle before such movement could be made with reasonable safety in violation of 625 ILCS 5/11-803;

l. Turned right from the center lane when his vehicle was not in a proper position to make the turn and when turning could not be made with reasonable safety in violation of 625 ILCS 11-804(a);

m. Failed to give an appropriate signal before turning in violation of 625 ILCS 5/11-804(a);

n. Otherwise failed to exercise reasonable care and caution to avoid injuring plaintiff GLENN KUSHNER.

10. As a proximate result of one or more of the foregoing negligent acts or omissions of defendant, SANTIAGO MENDOZA-SANDINO, plaintiff GLENN KUSHNER sustained physical, mental and/or emotional injuries, past and future pain and suffering, past and future medical expenses, disability, permanency and/or loss of wages, earnings and income.

WHEREFORE, Plaintiff Glenn Kushner demands compensatory damages against Defendant SANTIAGO MENDOZA-SANDINO in an amount in excess of fifty thousand dollars ($50,000.00) plus costs and such other relief as the Court deems appropriate.

### COUNT II – RESPONDEAT SUPERIOR
### (DEFENDANT ROAD RUNNER)

11. Plaintiff incorporates paragraphs No. 1 through No. 10 of this Complaint as if the allegations were set forth fully herein.

12. At said time and place, Defendant SANTIAGO MENDOZA-SANDINO was an employee of defendant, ROAD RUNNER, and was operating the foregoing commercial vehicle

ELECTRONICALLY FILED
10/19/2017 1:23 PM
2017-L-010619
PAGE 3 of 5

Scanned by CamScanner

in the course and scope of his duties as an employee and in furtherance of the interests of defendant ROAD RUNNER.

WHEREFORE, Plaintiff Glenn Kushner demands compensatory damages against Defendant ROAD RUNNER LOGISTICS, INC. in an amount in excess of fifty thousand dollars ($50,000.00) plus costs and such other relief as the Court deems appropriate.

## COUNT III – AGENCY
### (DEFENDANT ROAD RUNNER)

13. Plaintiff incorporates paragraphs No. 1 through No. 10 of this Complaint as if the allegations were set forth fully herein.

14. At said time and place, Defendant SANTIAGO MENDOZA-SANDINO was an agent of ROAD RUNNER, and was operating the foregoing commercial vehicle within the scope of his authority on behalf of defendant ROAD RUNNER and in furtherance of the interests of defendant ROAD RUNNER.

WHEREFORE, Plaintiff Glenn Kushner demands compensatory damages against Defendant ROAD RUNNER LOGISTICS, INC. in an amount in excess of fifty thousand dollars ($50,000.00) plus costs and such other relief as the Court deems appropriate.

Respectfully submitted,

/s/ Grant Blumenthal
Grant Blumenthal
Blumenthal Law Group PC
Attorneys for Plaintiff
180 N. LaSalle Street Suite 3700
Chicago Illinois 60601
(312) 981-5055
gblumenthal@blumenthal-law.com
Cook ID: 57194

ELECTRONICALLY FILED
10/19/2017 1:23 PM
2017-L-010619
PAGE 4 of 5

Scanned by CamScanner

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| GLENN KUSHNER, | ) | |
| | ) | |
| Plaintiff | ) | No. _____ |
| | ) | |
| vs. | ) | Amount claimed: In excess of |
| | ) | $50,000.00 plus costs. |
| ROAD RUNNER LOGISTICS, INC, a | ) | |
| Georgia Corporation, and SANTIAGO | ) | Plaintiff Demands Trial |
| MENDOZA-SANDINO. | ) | By Jury |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT

The undersigned certifies pursuant to Illinois Supreme Court Rule 222(b) and 735 ILCS 5/1-109 of the Illinois Code of Civil Procedure that the total damages sought in this action does exceed fifty thousand dollars ($50,000.00).

/s/ Grant Blumenthal
BLUMENTHAL LAW GROUP PC
By Grant Blumenthal

ELECTRONICALLY FILED
10/19/2017 1:23 PM
2017-L-010619
PAGE 5 of 5

Grant Blumenthal
Blumenthal Law Group PC
Attorneys for Plaintiff
180 N. LaSalle Street Suite 3700
Chicago Illinois 60601
(312) 981-5055
gblumenthal@blumenthal-law.com
Cook ID: 57194

Scanned by CamScanner

Summons - Alias Summons (12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GLENN KUSHNER

v.

ROAD RUNNER LOGISTICS, INC;
SANTIAGO MENDOZA-SANDINO

No. 2017-L-010619

Defendant Address:
ROAD RUNNER LOGISTICS, INC
1290 S. HIGHWAY 135
NAYLOR, GA 31641

☑ SUMMONS ☐ ALIAS - SUMMONS

To each defendant:
YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room 801, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Richard J. Daley Center
50 W. Washington, LL-01
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:
This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 57194
Name: BLUMENTHAL LAW GROUP PC
Atty. for: GLENN KUSHNER
Address: 180 N LASALLE #3700
City/State/Zip Code: CHICAGO, IL 60601
Telephone: (312) 981-5055
Primary Email Address: gblumenthal@blumenthal-law.com
Secondary Email Address(es): sena@blumenthal-law.com

Witness: Thursday, 19 October 2017

/s DOROTHY BROWN
DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

Scanned by CamScanner